

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO MORALES CAMPOS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GABRIELA'S RESTAURANT AND TEQUILA BAR, GABRIELA'S REAL MEX 93, LLC, GABRIELA'S HOLDING LLC, ALICART, INC., NAT MILNER, FERNANDO AQUINO, MOISES GALARZA, JAIME SANTOS, and DEMETRIO GALVEZ, <br><br> Defendants. | Index No.: 11 CIV. 3150 (GBD) (RLE) <br><br> **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, that the deadline for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint shall be extended to and including July 18, 2011, and that Defendants hereby waive any objections to service of process.

VLADECK WALDMAN ELIAS
ENGLEHARD, LLP
   1501 Broadway, Suite 800
   New York, New York 10036
   (212) 403-7300
And
THE URBAN JUSTICE CENTER
   123 Williams Street, 16th Floor
   New York, New York 10038
   (646) 602-3600

By: _____
Milton L. Williams, Jr.
Rebecca J. Osborne
Liane T. Rice
Amy Tai

ATTORNEYS FOR PLAINTIFFS
Dated: May 31, 2011

JACKSON LEWIS LLP
   666 Third Avenue, 29th Floor
   New York, New York 10017
   (212) 545-4000

By: _____
Richard I. Greenberg

ATTORNEYS FOR DEFENDANTS
Dated: May 31, 2011

It is SO ORDERED
This _____ day of _____, 2011   **JUN 03 2011**

*George B. Daniels*
George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS