UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 31, 2012
```

---

FERNANDO MORALES CAMPOS, et al.,

                    Plaintiffs,

      -against-

GABRIELA'S RESTAURANT AND TEQUILA BAR,
GABRIELA'S REAL MEX 93, LLC, GABRIELA'S
HOLDING LLC, ALICART, INC., NAT MILNER,
FERNANDO AQUINO, MOISES GALARZA, JAIME
SANTOS, and DEMETRIO GALVEZ,

                    Defendants.

Civ. Action No.: 11 CIV. 3150
(PAE) (RLE)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs

Fernando Morales Campos, Antonia Escamilla, Emiliano Espinoza, Miguel Espinoza, Agustina

Galindo, Patricio Guerrero, Pedro Hernandez Jimenez, Nicolas Navarrete, Cristihan Rosales

Ramirez, and Amparo Salazar (collectively "Plaintiffs") and Defendants Gabriela's Restaurant

and Tequila Bar, Gabriela's Real Mex 93, LLC, Gabriela's Holding, LLC, Alicart, Inc., Nat

Milner, Fernando Aquino, Moises Galarza, Jaime Santos, and Demetrio Galvez  (collectively

"Defendants") (Plaintiffs and Defendants are collectively referred to herein as "the Parties"),

through their undersigned counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1),

that this action is dismissed with prejudice without costs or attorneys' fees to Plaintiffs or

Defendants.

In support, the Parties state that they: (a) have a *bona fide* dispute regarding the

merits of Plaintiffs' claims; (b) desire to resolve that dispute fully and finally without further

litigation; (c) have entered into a Settlement Agreement ("Agreement"), including a release of

claims; and (d) represent that the Agreement: (i) is fair to all the Parties; (ii) reasonably resolves a *bona fide* disagreement regarding the merits of Plaintiffs' claims; and (iii) reflects the good faith intention of the Parties that Plaintiffs' claims be fully and finally resolved, not subject to appellate review, and not be re-litigated in whole or in part at any time in the future.

VLADECK WALDMAN ELIAS &
ENGELHARD, LLP
    1501 Broadway, Suite 800
    New York, New York 10036
    (212) 403-7300

By: _____
    Milton L. Williams, Jr.
    Rebecca J. Osborne
    Liane T. Rice

- and -

THE URBAN JUSTICE CENTER
    123 Williams Street
    16th Floor
    New York, New York 10038
    (646) 602-3600

By: _____
    David Colodny

ATTORNEYS FOR PLAINTIFFS

Dated: May _11_, 2012

JACKSON LEWIS LLP
    666 Third Avenue, 29th Floor
    New York, New York 10017
    (212) 545-4000

By: _____
    Richard I. Greenberg
    Alexander W. Leonard

ATTORNEYS FOR DEFENDANTS
GABRIELA'S REAL MEX 93, LLC d/b/a
GABRIELA'S RESTAURANT AND
TEQUILA BAR, GABRIELA'S HOLDING
LLC, NAT MILNER, FERNANDO AQUINO,
MOISES GALARZA, JAIME SANTOS, and
DEMETRIO GALVEZ

Dated: May _11_, 2012

TARTER, KRINSKY & DROGIN LLP
    1350 Broadway
    New York, New York 10018

By: _____
    Richard L. Steer

ATTORNEYS FOR DEFENDANT ALICART
INC.

Dated: May _11_, 2012

**SO ORDERED:**

Dated: New York, New York
        May 23, 2012

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4839-8967-9887, v.  14839-8967-9887, v.  1